# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE OLVERA<br>AND ALL OTHERS<br>SIMILARLY SITUATED,<br>    Plaintiffs,<br>v.<br><br><br>UTILIMAP CORPORATION,<br>QUANTA SERVICES MANAGEMENT<br>PARTNERSHIP, L.P. and<br>QUANTA SERVICES, INC.<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>4:13-cv-00975 |

**DECLARATION OF RAMIRO DOMINGUEZ PURSUANT TO 28 USC § 1746**

    My name is Ramiro Dominguez. I was employed by the Utilimap Corporation and later by a company called Quanta Services as a Laborer in its Ground Line Treatment Division from July 2010 through September 2011.

    During my work at Utilimap Corporation, I worked in excess of 40 hours every work week. During my work for Utilimap Corporation, I never received any overtime pay from the Company for the work I performed in excess of 40 hours in a workweek. My hourly pay when I worked for Utilimap Corporation was $10.00 per hour.

    During my period of employment with Utilimap Corporation I worked in Missouri, Ohio, and Pennsylvania, on various projects. I think I was told the name of some of the projects but I cannot remember the names.

    When I was hired by Utilimap Corporation I was told the foreman would write down the hours that I worked. I would be required to sign the form my foreman filled out, and that form was then used by Utilimap to pay me. I was told this was way all of us were to be paid. I had two different foreman while I worked for the company. My first foreman was named Martin but I did not know his last name. My second foreman was named Eduardo but I did not know his last name. Martin and Eduardo gave me the forms I was required to sign. Sometimes the forms had writing on them and sometimes they were blank. I wanted to get paid so I always signed the document.

    Many of us talked among ourselves when we compared our paychecks that we weren't receiving overtime pay. I know that the workers classified as Laborers were treated in the same way by Utilimap Corporation, because I saw the paychecks of those workers, and none of us ever received any overtime payments.

    I was told by some other employees that the company was changing. I think this was near the end of 2011. Some people were given raises but I did not receive a raise. A lot of other employees like myself were let go. I was let go in September 2011. I was never not told why.

    I declare under penalty of perjury that the foregoing is true and correct.


    Executed on this ____ day of November 2013.



    Signature_____
                          **Ramiro Dominguez**



**Inter Americas Translation Services**

3123 Ann Arbor Court
Sugar Land, Texas 77478-3709
Phone: (281) 242-0330
Fax: (281) 242-9565
www.iatranslation.com

## CERTIFICATE OF TRANSLATION

The undersigned hereby certifies under penalty of perjury that she is a professional translator of the English and Spanish languages and is fully conversant with said languages.

That on or about the 8th day of November, 2013, she made the attached Spanish-language translations of the statement of Ramiro Dominguez attached hereto.

That to the best of her knowledge and belief, said translation is a true, complete and accurate English translation of the original document in Spanish.

That her professional qualifications are as follows: University studies in both languages; practice of the translation profession since 1964; certification for translation from Spanish into English and English into Spanish, granted to her by the American Translators Association after her successful completion of qualifying examinations; certification for interpreting Spanish into English and English into Spanish by the Administrative Office of the United States Courts after her successful completion of a series of qualifying examinations.

In witness whereof, I have signed my name on this the 8th day of November, two thousand thirteen in the City of Houston, State of Texas.

_____
Ana María Paredes
U. S. Federal Certified Court Interpreter (Certificate No. 98-079)
ATA Certified Translator #218005
Texas Licensed Court Interpreter #167

Member:
National Association of Judiciary Interpreters and Translators
American Translators Association
Houston Interpreters and Translators Association
Texas Association of Judiciary Interpreters and Translators

On this 8th day of November, 2013, before me personally appeared Ana Maria Paredes to me known to be the person who executed the foregoing instrument and acknowledge that she executed the same as her free act and deed.

Subscribed and sworn before me on this ___8___ day of __November__, 2013.

_____
Notary



RUSSELL MASSENGILL
Notary Public, State of Texas
My Commission Expires
August 29, 2017

EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE TEXAS
DIVISIÓN DE HOUSTON

| | |
|---|---|
| JOSE OLVERA Y TODOS LOS DEMÁS EN SITUACIÓN SIMILAR, Demandantes, v. UTILIMAP CORPORATION, QUANTA SERVICES MANAGEMENT PARTNERSHIP, L.P. y QUANTA SERVICES, INC. Demandados | JUICIO CIVIL 4:13-cv-00975 |

DECLARACIÓN DE RAMIRO DOMINGUEZ DE CONFORMIDAD CON EL
28 USC § 1746

Mi nombre es Ramiro Dominguez. Estuve empleado por la Utilimap Corporation y posteriormente en una compañía de nombre Quanta Services como obrero en su División Ground Line Treatment desde julio de 2010 hasta septiembre de 2011.

Durante el tiempo que trabajé para Utilimap Corporation, trabajé más de 40 horas todas las semanas laborales. Durante ese tiempo de mi trabajo para Utilimap Corporation, nunca recibí pago de horas extraordinarias por el trabajo que realicé en exceso de las 40 horas en una semana laboral. Mi sueldo por hora era de $10.00 cuando trabajaba para Utilimap Corporation.

Durante el período de mi empleo con Utilimap Corporation trabajé en Missouri, Ohio y Pennsylvania en varios proyectos. Creo que me dijeron el nombre de esos proyectos pero yo no los recuerdo.

Cuando me contrataron en Utilimap Corporation, me dijeron que el capataz anotaría las horas que yo trabajaba. Yo tendría que firmar la hoja que preparaba mi capataz y luego Utilimap Corporation usaba esa hoja para pagarme mi salario. Me dijeron que esa es la forma en que nos iban a pagar a todos. Tuve dos capataces mientras trabajé para la compañía. El primero se llamaba Martin pero no sé su apellido. Mi segundo capataz se llamaba Eduardo pero no sé su apellido. Martin y Eduardo me daban las hojas que yo debía firmar. Algunas veces las hojas estaban escritas y otras estaban en blanco. Yo quería que me pagaran, así es que siempre firmaba las hojas:

Muchos de nosotros platicábamos cuando comparábamos nuestros cheques de pago que no estábamos recibiendo pagos por horas extras. Sé que los trabajadores clasificados como obreros fueron tratados de la misma forma por Utilimap Corporation, porque vi los cheques de esos trabajadores y ninguno de nosotros recibió pago de horas extras.

Me dijeron algunos empleados que la compañía estaba cambiando. Creo que eso sucedió a finales del 2011. Algunos empleados recibieron aumento de sueldo, pero yo no. A muchos otros empleados como yo los despidieron. A mí me despidieron en septiembre del 2011 y nunca me dijeron por qué.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Firmado este día 13 de noviembre de 2013.

Firma RAMIRO DOMINGUEZ LARA
**Ramiro Dominguez**