IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE OLVERA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:13-cv-0975 |
| | § |
| UTILIMAP CORPORATION, et al, | § |
| | § |
| Defendant. | § |

## STIPULATED JUDGMENT AND
## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act ("FLSA") originally brought by Plaintiff Jose Olvera ("Plaintiff") against Defendants Utilimap Corporation, Quanta Services Management Partnership, L.P., and Quanta Services, Inc. ("Defendants"). Defendants notified the court on December 5, 2013 of the filing of the Offers of Judgment, dated November 20, 2013, to Plaintiff and the individuals who have filed consents to joint this lawsuit.

Defendants also gave notice on December 5, 2013 of the filing of the Notice of Acceptance on behalf of each of the below-named individuals, dated December 4, 2013. The parties hereby notify the court that they have agreed on the payment of fees and costs accrued by Plaintiff and the below-named individuals. Plaintiff, the below-named individuals and Defendants all jointly request that this court enter a stipulated judgment and dismiss all FLSA claims with prejudice.

Following an examination of the pleadings and terms of the offers of judgment, this court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability, and the amount of overtime compensation due, if any. Having reviewed the terms agreed upon by the parties, this court finds that the terms of the judgment

proposed by the parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the court approves the stipulated judgment and renders final judgment as follows:

It is hereby ordered a final judgment is entered against Defendants, who shall be jointly and severally liable for the amounts as follows:

- 1. Jose Olvera $3,650.52
- 2. Adame, Elisco (Eliseo) $5,720.34
- 3. Alfonso, Alejandro $5,627.86
- 4. Alvarez, Mateo $1,291.02
- 5. Castillo, Francisco $1,623.32
- 6. Chacon, Eugenio $1,667.72
- 7. Chacon-Ruiz, Eugenio $3,214.28
- 8. Cisneros, Cesar $4,675.90
- 9. Dominguez, Francisco $4,242.84
- 10. Gomez, Armando $4,531.22
- 11. Ibanes, Oscar $10,470.50
- 12. Ibanez, Genaro $2,794.38
- 13. Lara, Ramiro Dominguez $5,521.90
- 14. Lomelir, Ramon $3,174.30
- 15. Mayahua, Jose $ 5,159.68
- 16. Mejia, Rogelio $3.996.08
- 17. Mexicano, Jose $5,915.74
- 18. Mondragon, Enrique $2,338.24

- 19. Rivera, Edin $4,759.60
- 20. Rodriguez, Juan $2,325.00
- 21. Tellez-Arros, Guencio $4,836.86
- 22. Vargas, Enrique $4,274.00
- 23. Ventura, Hector, Jr. $5,534.32
- Attorney's Fees in the amount of $80,000.00
- Costs and Expenses in the amount of $4,546.28

Defendants are hereby ordered to finalize it through payment as agreed but in no event later than January 15, 2014. Based upon this resolution by the parties, all claims that Plaintiff and/or any or the above-named individuals have or may have arising out of or relating to this lawsuit, including, but not limited to any and all claims under the FLSA or any state statute, for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award or damages are hereby resolved and **DISMISSED WITH PREJUDICE**. Each party is to bear his or its costs as agreed.

The clerk of court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rules 58 and 68 of the Federal Rules of Civil Procedure.

DONE the 9th day of January, 2014.

UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE

_____
Joe M. Williams
Attorney for Plaintiff Jose Olvera and Elisco (Eliseo) Adame, Alejandro Alfonso, Mateo Alvarez, Francisco Castillo, Eugenio Chacon, Eugenio Chacon-Ruiz, Cesar Cisneros, Francisco Dominguez, Armando Gomez, Oscar Ibanes, Genaro Ibanez, Ramiro Dominguez Lara, Ramon Lomelir, Jose Mayahua, Rogelio Mejia, Jose Mexicano, Enrique Mondragon, Edin Rivera, Juan Rodriguez, Guencio Tellez-Arros, Enrique Vargas, and Hector Ventura, Jr.


_____
Carolyn Russell
Attorney for Defendants Utilimap Corporation, Quanta Services Management Partnership, L.P., and Quanta Services, Inc.

4